W. B. BASNIGHT ET AL. v. P. H. SMALL.

(Filed 16 September, 1914.)

**Fixtures.**
An instruction in this case to the jury that they find a certain logging road to be a fixture if they believed the evidence, is correct under the decision on a former appeal, 163 N. C., 15.

APPEAL by defendant from *Ferguson, J.,* at January Term, 1914, of PERQUIMANS.

*E. G. Bond and P. W. McMullan for plaintiff.*
*Ward & Thompson and Charles Whedbee for defendant.*

PER CURIAM. The evidence upon which his Honor instructed the jury to answer the issues in favor of the plaintiff is fully set out in the former appeal in this action, reported in 163 N. C., 15.

He charged the jury if they believed the evidence to find that the logging road was a fixture, which is in accordance with the former decision, it appearing that the relation of vendor and vendee existed between the plaintiff and the defendant.

No error.